1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Perez-Hernandez

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    CASE NO. 08MJ1530
                                       )
11              Plaintiff,             )
                                       )
12  v.                                 )    **NOTICE OF APPEARANCE**
                                       )
13  CESAR PEREZ-HERNANDEZ,             )
                                       )
14              Defendant.             )
                                       )
15  _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19  the above-captioned case.

20                                     Respectfully submitted,

21

22  Dated:  May 21, 2008              */s/ Timothy R. Garrison*
                                       Federal Defenders of San Diego, Inc.
23                                     Attorneys for Defendant
                                       Timothy_Garrison@fd.org
24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3

and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4

Courtesy Copy to Chambers

5

Copy to Assistant U.S. Attorney via ECF NEF

6

Copy to Defendant

7

Dated:  May 21, 2008                                        /s/ Timothy R. Garrison

8                                                                    Federal Defenders of San Diego, Inc.
                                                                       225 Broadway, Suite 900
9                                                                    San Diego, CA  92101-5030
                                                                       (619) 234-8467  (tel)
10                                                                   (619) 687-2666  (fax)
                                                                       Timothy_Garrison@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28