AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CESAR PEREZ-HERNANDEZ | CASE NUMBER: 08CR1951-DMS |

I, CESAR PEREZ-HERNANDEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUN 12 2008

X _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer