1   KAREN P. HEWITT
    United States Attorney
2   SABRINA L. FEVE
    Assistant U.S. Attorney
3   California State Bar No. 226590
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-7854 / (619) 235-2757 (Fax)
    Email: Sabrina.Feve@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Criminal Case No. 08CR1951-DMS
                                       )
11                      Plaintiff,     )
                                       )   NOTICE OF APPEARANCE
12            v.                       )
                                       )
13  CESAR PEREZ-HERNANDEZ,             )
                                       )
14                      Defendant.     )
                                       )
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24        Name (If none, enter "None" below)

25        None.

26  //

27  //

28  //

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    <u>Name</u> (If none, enter "None" below)

6    None.

7    Please call me if you have any questions about this notice.

8    DATED:  August 14, 2008.

                                         Respectfully submitted,
9
                                         KAREN P. HEWITT
10                                        United States Attorney

11   s/*Sabrina L. Feve*
                                         SABRINA L. FEVE
12                                        Assistant United States Attorney
                                         Attorneys for Plaintiff
13                                        United States of America
                                         Email: Sabrina.Feve@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1951-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CESAR PEREZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, SABRINA L. FEVE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.    Mark F. Adams, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2008.

s/ *Sabrina L. Feve*
SABRINA L. FEVE